IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAS JAHMIKES MATTA,<br><br>Defendant. | Cause No. CR 21-22-BLG-SPW<br><br><br>ORDER |

Judgment was entered in this matter on August 10, 2022 (Doc. 175). On October 18, 2022, Matta moved for the return of money that was in his vehicle when he was arrested. *See* Letter (Doc. 180) at 1. In response to an order (Doc. 183), the United States moved to dismiss Matta's motion for lack of subject-matter jurisdiction. On December 9, 2022, the Court solicited further input from the parties. *See* Order (Doc. 186).

Matta concedes that his motion should be dismissed. As permitted by the Order, *see id.* at 2 ¶ 2(a), he also asks additional questions of the United States. The answers to these questions are not within the Court's knowledge or ability to address. The United States is not required to investigate the disposition of property

1

not within its custody or control. It has adequately shown that no property belonging to Matta remains in its custody or control.

Accordingly, IT IS ORDERED:

1. The United States' motion to dismiss (Doc. 184) is GRANTED.

2. Matta's letter (Doc. 180), construed as a motion seeking return of his property under Federal Rule of Criminal Procedure 41(g), is DISMISSED.

DATED this 28th day of December, 2022.

SUSAN P. WATTERS
United States District Judge