IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAS JAHMIKES MATTA,<br><br>Defendant. | CR 21-22-BLG-SPW<br><br>ORDER |

The Court received a letter from Defendant Ras Jahmikes Matta on April 25, 2023, asking, in part, whether the Court ordered his sentence in this case to run concurrent with his state court sentence in DC 20-282 under U.S. Sentencing Guideline § 5G1.3(b) or § 5G1.3(d). (Doc. 190). The Court construes the letter as a motion for clarification.

The Court ordered Defendant's federal and state sentences in the above referenced cases to run concurrent under U.S.S.G. § 5G1.3(d).

DATED this 3rd day of May, 2023.

_SUSAN P. WATTERS_
SUSAN P. WATTERS
United States District Judge

1