IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAS JAHMIKES MATTA,<br><br>Defendant. | CR 21-22-BLG-SPW<br><br>ORDER |

On September 16, 2021, Defendant Ras Jahmikes Matta pled guilty to Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and Aiding and Abetting in violation of 18 U.S.C. § 2. (Doc. 93). He was sentenced to term of 36 months imprisonment followed by four years of supervision on August 10, 2022. (Docs. 175, 176). Matta was released from the Bureau of Prisons on April 5, 2024. (Doc. 219 at 3).

After serving approximately 16 months of supervised release, Matta filed a Motion for Early Termination of Supervision on August 21, 2025. (*Id.* at 1). The Government opposed the Motion.

Pursuant to Matta's request, the Court held a hearing on October 3, 2025.

"[A]fter considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of

1

justice.'" *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014) (quoting 18 U.S.C. § 3583(e)(1). In light of the § 3553(a) factors and for the reasons stated on the record, the Court disagrees with Matta that the early termination of his supervised release is appropriate at this time.

Accordingly, IT IS HEREBY ORDERED that Ras Jahmikes Matta's Motion for Early Termination of Supervised Release (Doc. 219) is DENIED.

DATED this 3rd day of October, 2025.

SUSAN P. WATTERS
United States District Judge